UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X

REVIVAL HEALTH SERVICES, LLC,

Plaintiff,

-v-

34 LYNCREST LLC, et al.,

Defendants.

---------------------------------------------------------------------X

26-CV-9797 (JMF)

ORDER

JESSE M. FURMAN, United States District Judge:

The Court's Order at ECF No. 10 was entered in this case in error. All pre-existing dates, deadlines, and motions remain in effect. **The Clerk of Court is directed to strike (i.e., remove) ECF No. 10 from the docket and reopen the case.**

SO ORDERED.

Dated: November 18, 2026
New York, New York

JESSE M. FURMAN
United States District Judge